# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLENN DALE GODSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-18-1155-BMJ ) |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the Memorandum Opinion and Order filed separately this same date, the final decision of Defendant denying Plaintiff's application for disability insurance benefits is AFFIRMED and judgment is entered in favor of Defendant.

ENTERED this 24th day of September, 2019.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE